IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY R. THOMAS,

        Plaintiff,                          No. CIV S-06-507 FCD GGH P

    vs.

WARDEN KRAMER, et al.,

        Defendants.

_____/       ORDER

        Plaintiff is a state prisoner proceeding pro se. On May 17, 2006, the court issued an order finding that plaintiff's complaint stated a colorable claim for relief as to defendants Neves, Tourrella, Stalks, Gangi, Holloway, Stevenson and Brozdoonoff. The court dismissed the claims against defendants California Department of Corrections and Rehabilitation (CDCR) and Kramer with leave to file an amended complaint within thirty days. Thirty days passed and plaintiff did not file an amended complaint.

        Accordingly, the court now orders service of defendants Neves, Tourrella, Stalks, Gangi, Holloway, Stevenson and Brozdoonoff. The court will separately recommend that the claims against CDCR and Kramer be dismissed.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Neves, Tourrella, Stalks, Gangi, Holloway, Stevenson and Brozdoonoff.

2. The Clerk of the Court shall send plaintiff 7 USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed March 10, 2006.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Eight copies of the endorsed complaint filed March 10, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 8/7/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
thom507.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY R. THOMAS,

    Plaintiff,　　　　　　　　　　　　No. CIV S-06-0507 FCD GGH P

    vs.

WARDEN KRAMER, et al.,　　　　　　　<u>NOTICE OF SUBMISSION</u>

    Defendants.　　　　　　　　　　　<u>OF DOCUMENTS</u>
_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__    completed summons form

    __7__    completed USM-285 forms

    __8__    copies of the _____
                             Complaint/Amended Complaint

DATED:

                                                _____
                                                Plaintiff