IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY R. THOMAS,

    Plaintiff,                              No. CIV S-06-0507 FCD GGH P

    vs.

WARDEN KRAMER, et al.,

    Defendants.                         FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se.  On May 17, 2006, the court issued an order finding that plaintiff's complaint stated a colorable claim for relief as to defendants Neves, Tourrella, Stalks, Gangi, Holloway, Stevenson and Brozdoonoff.  The court dismissed the claims against defendants California Department of Corrections and Rehabilitation (CDCR) and Kramer with leave to file an amended complaint within thirty days.  Thirty days passed and plaintiff did not file an amended complaint.

        Accordingly, the court will separately order service of defendants Neves, Tourrella, Stalks, Gangi, Holloway, Stevenson and Brozdoonoff.  For the reasons stated in the May 17, 2006, order, the court recommends that the claims against CDCR and Kramer be dismissed.

/////

1

1   IT IS HEREBY RECOMMENDED that the claims against defendants CDCR and Kramer contained in the complaint be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: 8/7/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
tho507.56